UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:07-cr-289-T-24 TBM

WILLIAM PAVA

_____/

## O R D E R

This cause comes before the Court for consideration of the Defendant's Oral Motion to Allow Laptop Computer in United States Courthouse during the trial in this case.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED** as follows:

(1)    Counsel for the Defendant, Darlene Barror, shall be allowed to bring a laptop computer and accessories thereto into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on March 3, 2008.

(2)    Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with a laptop computer and/or accessories thereto.

(3)    The laptop computers and all accessories thereto are subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of March, 2008.

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

SUSAN C. BUCKLEW
United States District Judge